AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26-1182MB | Date and time warrant executed:<br>03/11/2026 6:27 pm | Copy of warrant and inven |

FILED  ☒  LODGED ☐

**Mar 23 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Extraction of digital media was successful for all three cellular devices (Black Apple iPhone in clear case (DEVICE 1, associated with Jose RENTERIA),  White Apple iPhone 13 Pro Max  (DEVICE 2, associated with Jonathan CLETO), Black iPhone 13 in black case (DEVICE 3, associated with Jonathan CLETO)), The final extraction was concluded on Wednesday March 11, 2026 at approximately 6:27 p.m. Contents contained within the extraction are being further analyzed.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:      03/20/2026

_____      _____      _____
*Executing officer's signature*

_____
Michael Kane, Special Agent HSI
*Printed name and title*